**Electronically Filed**
**Supreme Court**
**SCWC-29131**
**25-JAN-2012**
**08:34 AM**

NO. SCWC-29131

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

PATRICK K. K. HO, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29131; CR. NO. 05-1-0282(3))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama,
Acoba, Duffy, and McKenna, JJ.)

The Application for Writ of Certiorari filed on

December 13, 2011 by Petitioner/Defendant-Appellant Patrick K. K.

Ho is hereby accepted and will be scheduled for oral argument.

The parties will be notified by the appellate clerk regarding

scheduling.

DATED: Honolulu, Hawaiʻi, January 25, 2012/

Peter Van Name Esser            /s/ Mark E. Recktenwald
for petitioner/
defendant-appellant,            /s/ Paula A. Nakayama
on the application.
                                /s/ Simeon R. Acoba, Jr.
Donn Fudo for
respondent/                     /s/ James E. Duffy, Jr.
plaintiff-appellee
on the response.                /s/ Sabrina S. McKenna

